UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBY BRADLEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SACRAMENTO DEPARTMENT OF HUMAN ASSISTANCE OF NORTHERN CALIFORNIA WELFARE DIVISION, et al.,<br><br>　　　　　Defendants. | No.  2:13-cv-2420 TLN DB PS<br><br><br><br>ORDER |

This action came before the court on November 18, 2016, for hearing of defendant's motion for summary judgment. Plaintiff Ruby Bradley appeared on her own behalf. Attorney Chambord Benton-Hayes appeared on behalf of the defendant.

Upon consideration of the arguments on file and those made at the hearing, and for the reasons set forth on the record at that hearing, IT IS HEREBY ORDERED that:

1. Plaintiff shall file a document providing the requested information on or before December 2, 2016;

2. Defendant shall file a response to plaintiff's filing on or before December 7, 2016; and

////

////

1

3. Defendant shall provide the court with a complete copy of the transcript of plaintiff's deposition.

Dated:  November 22, 2016

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/bradley2420.oah.111816.ord