UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBY BRADLEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SACRAMENTO DEPARTMENT OF HUMAN ASSISTANCE OF NORTHERN CALIFORNIA WELFARE DIVISION, et al.,<br><br>　　　　Defendants. | No. 2:13-cv-2420 TLN DB PS<br><br><br><br>ORDER |

Plaintiff is proceeding pro se in this action. Therefore, the matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On September 18, 2017, the assigned District Judge adopted in full the undersigned's findings and recommendations recommending that defendant's motion for summary judgment be granted. (ECF No. 77.) On October 11, 2017, plaintiff filed a notice of appeal. (ECF No. 80.) On October 30, 2017, plaintiff filed a motion to proceed in forma puaperis on appeal. (ECF No. 83.)

Federal Rule of Appellate Procedure 24 provides that "a party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court." Fed. R. App. P. 24(a)(1). "An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). An appeal is taken in good faith if the

appeal "seeks review of any issue that is 'not frivolous.'" Gardner v. Pogue, 558 F.2d 548, 550-51 (9th Cir. 1977) (quoting Coppedge v. United States, 369 U.S. 438, 445 (1962)); see also Hooker v. American Airlines, 302 F.3d 1091, 1092 (9th Cir. 2002) ("We hold that Hooker is entitled to in forma pauperis status for this appeal in toto because the district court found portions of the appeal to be taken in good faith."). An action is frivolous "where it lacks an arguable basis either in law or in fact." Neitzke v. Williams, 490 U.S. 319, 325 (1989). In other words, the term "frivolous", as used in § 1915 and when applied to a complaint, "embraces not only the inarguable legal conclusion, but also the fanciful factual allegation." Id.

Here, the undersigned finds that plaintiff's appeal seeks review of an issue that is not frivolous.

Accordingly, IT IS HEREBY ORDERED that plaintiff's October 30, 2017 motion to proceed in forma pauperis on appeal (ECF No. 83) is granted.

Dated: November 17, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/bradley2420.ifp.app.ord